## 14237.  WALLER *v.* THE STATE.

LUKE, J. This case is here upon the sole assignment of error that the evidence does not authorize the verdict. Upon conflicting evidence, the verdict of the jury was abundantly authorized. The court having approved the verdict, it was not error to overrule the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
DECIDED APRIL 10, 1923.

Indictment for making liquor; from Fulton superior court — Judge Bryan. December 19, 1922.

*Lester C. Dickson,* for plaintiff in error.

*John A. Boykin, solicitor-general, E. A. Stephens,* contra.